In the Matter of the Application of the STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY to Acquire Title to Lands of CHARLES K. HAMILTON et al.

(Argued February 1, 1887; decided February 11, 1887.)

*N. Pendleton Schenck* for appellant.

*Albert B. Boardman* for respondent.

All concur.
Agree to dismiss appeal; no opinion.
Appeal dismissed.